IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIM.  No. _13-I-14_ *(13-20160)* |
| | ) |
| v. | ) 18 U.S.C. §2 |
| | ) 18 U.S.C. §1001 |
| AMERICAN-MARSH PUMP, INC. | ) |
| MICHAEL J. FLORIO, | ) |
| | ) |
| Defendants. | ) |

## I N F O R M A T I O N

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

### INTRODUCTION

At all times material herein:

1.     Defendant **AMERICAN-MARSH PUMP, INC.,** was and is a Tennessee corporation. It is currently located at 185 Progress Road, Collierville, Tennessee 38017. It was incorporated on August 25, 1975 in Shelby County, Tennessee under the name "J-Line Pumps" and began doing business under its current name on January 28, 2003 with State of Tennessee Identification #000020967 and Federal Employer Identification #62-0952820. **James W. Rea** is Registered Agent of J-line Pump Co and American Marsh Pumps.

2.     Defendant **MICHAEL J. FLORIO (FLORIO)**, was and is a U.S. citizen, residing in the Memphis, Tennessee area. From at least as early as July 2007 until at

least as late as December 2010, **FLORIO** was Vice President of Sales and Marketing for **AMP**.

## FALSE STATEMENT

3.    On or about June 6, 2008 in the Western District of Tennessee and elsewhere, the defendants

### AMERICAN-MARSH PUMP, INC.
### MICHAEL J. FLORIO,

being aided and abetted each by the other, did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of an agency of the executive branch of the Government of the United States, that is, the U.S. Agency for International Development (USAID), by causing a Certificate of Manufacture/Origin to be executed and submitted to USAID official Robert Van Horn in Cairo, Egypt, which contained a certification that: "the goods produced under the American-Marsh brand, order number(s) 15187 were manufactured in the United States of America by American-Marsh Pumps - all of the goods are of U.S.A Origin; Quantity 6 American-Marsh Vertical Split Case Pumps, serial number: 157313 through 157318." The statement and representation was false because, as defendants then and there knew, the pumps specified by serial number in the certification were actually manufactured in China.

In violation of Title 18, United States Code, Section 1001.

## CRIMINAL FORFEITURE ALLEGATIONS

4.      The allegations contained in Count 1 of this information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18 United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

5.      Upon conviction of making a false statement in violation of 18 U.S.C. §1001, as alleged in Count 1 of this information, the defendant **AMERICAN MARSH-PUMP, INC.,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(3) all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses, that is:

> The sum of five hundred thirty-six thousand seven hundred fifty dollars in U.S. funds ($536,750.00), representing proceeds obtained as a result of the false statement described in Count 1 of the information

All pursuant to 18 U.S.C. § 982(a)(3).

DATE: _April 25, 2013_

_Michelle O. Kinch-Pults_

**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**

3