IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT

DATE: _4-25-13_

TIME: _2:36 p.m._

INITIALS: _W.K.H._

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Crim. No. 11-20313-JTF |
| | ) Crim. No. 13-I-14 |
| MICHAEL J. FLORIO, | ) |
| | ) _13-20160_ |
| Defendant. | ) |

## PLEA AGREEMENT

**The full and complete plea is as follows:**

The following constitutes the Plea Agreement reached between the United States, represented by Edward L. Stanton III, United States Attorney for the Western District of Tennessee, and CHRISTOPHER E. COTTEN, Assistant United States Attorney, and the defendant, MICHAEL J. FLORIO, represented by MICHAEL EDWIN SCHOLL, defense counsel. The parties enter into the following Plea Agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, it being the intention of the parties that the Court may accept or reject this agreement immediately or after having had an opportunity to review the pre-sentence report, but may not modify the agreement. Except with respect to any non-binding recommendations to be made by the United States, if the Court rejects the agreement either party may withdraw from it.

1.    MICHAEL J. FLORIO agrees that he will enter a voluntary plea of guilty to a one-count information charging him with making a false statement in violation of Title 18 United States Code, Section 1001.

2.    The United States agrees to move to dismiss the indictment against the defendant in *United States v. Michael J. Florio, et al*, No. 11-20313 (W.D. Tenn.), following sentencing.

3.    The United States agrees not to oppose the defendant's being sentenced at the lowest end of the applicable sentencing guideline range. Based upon the parties' consideration of the evidence in this case and applicable sentencing guidelines, the parties believe and stipulate pursuant to Fed. R. Crim. P. 11(c)(1)(C) that the application of the U.S. Sentencing Guidelines to the offense to which the defendant is pleading guilty results in a Total Offense Level of 6.

4.    Given the facts in the possession of the United States at the time of the writing of this agreement, the United States does not oppose the defendant's receiving acceptance of responsibility credit pursuant to U.S.S.G. Section 3E1.1. The defendant understands that if the United States receives information between the signing of this agreement and the time of the sentencing that the defendant has previously engaged in, or if he engages in the future, in conduct inconsistent with the acceptance of responsibility, including, but not limited to, participation in any additional criminal activities between now and the time of sentencing, this position could change. Further, the defendant understands that whether or not acceptance of responsibility credit pursuant to Section 3E1.1 is granted is a matter to be determined by the Court. Failure of the Court to grant acceptance of responsibility credit is not a basis for MICHAEL J. FLORIO to

2

withdraw his guilty plea.

5.     While not agreeing to make a motion pursuant to U.S.S.G. Section 5K1.1, the United States will make known to the Court at sentencing the nature and extent of the defendant's cooperation in attempting to secure the arrest of co-defendant Mostafa El Shahaly.

6.     Defendant understands that Title 18 United States Code, Section 3742 gives him the right to appeal the sentence imposed by the Court. Acknowledging this, defendant knowingly and voluntarily waives his right to appeal his conviction, as well as any sentence imposed by the Court and the manner in which the sentence is determined, if the sentence is within or below the applicable guideline range. This waiver is made in exchange for the concessions made by the United States in this Plea Agreement. The waiver in this paragraph does not apply to claims relating to prosecutorial misconduct and ineffective assistance of counsel.

7.     MICHAEL J. FLORIO agrees that this plea agreement constitutes the entire agreement between himself and the United States and that no threats have been made to

3

induce him to plead guilty. By signing this document, MICHAEL J. FLORIO acknowledges

that he has read this agreement, has discussed it with his attorney and understands it.

FOR THE UNITED STATES:

EDWARD L. STANTON III
UNITED STATES ATTORNEY

By:

_____          4-25-13
CHRISTOPHER E. COTTEN                     Date
Assistant United States Attorney
800 Federal Office Building
167 N. Main Street
Memphis, TN 38103

FOR THE DEFENDANT:

_____          4-25-13
MICHAEL EDWIN SCHOLL                      Date
THE SCHOLL LAW FIRM
8 S. Third St., 4th Floor
Memphis, TN   38103
Defense Counsel

_____          4-25-13
MICHAEL J. FLORIO                         Date
Defendant

4