PROB 35
(6/14)

# United States District Court
## for the
## Western District of Tennessee
## Request for Termination of Supervision Prior to Original Expiration

Name of Offender:  Michael J. Florio                          Docket No. 0651 2:13CR20160-002

Name of Sentencing Judicial Officer:   The Honorable John T. Fowlkes Jr., United States District Judge

Date of Original Sentence:  05/30/2013

Original Offense:  Making a False Statement, 18 U.S.C. § 1001

Original Sentence: 3 Years Probation                          Type of Supervision:  PROB

Assistant U.S. Attorney:  Christopher E. Cotten              Date Supervision Commenced:  05/30/2013

Defense Attorney:  Michael Edwin Scholl                      Date Supervision Expires:  05/29/2016

---

## PETITIONING THE COURT

To allow Michael Florio's Supervised Release to terminate prior to expiration of the original term.

## CAUSE

Michael Florio meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law.  He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Assistant United States Attorney Christopher E. Cotten was contacted, and has no position to an early termination of Supervised Release.

Respectfully submitted,

s/ Whitney Bailey

U.S. Probation Officer

Approved:

s/ Daryl K. Butler                          6/20/2014

Supervising U.S. Probation Officer                Date

**Prob 35**
**RE: Florio, Michael J.**
**Date: June 18, 2014**

## THE COURT ORDERS:

☐    No Action

☒    The Offender be released from Supervision

☐    Other

*s/John T. Fowlkes, Jr.*

Signature of Judicial Officer

Date: June 23, 2014